BALDWIN, Appellant, vs. FOGO and others, Respondents.

*September 8 — September 26, 1899.*

*Consolidated Milling Co. v. Fogo, ante,* p. 92, followed.

APPEAL from a judgment of the circuit court for Richland county: GEO. CLEMENTSON, Circuit Judge. *Affirmed.*

*L. H. Bancroft,* for the appellant.

For the respondents there was a brief by *Frank W. Burnham* and *Fruit & Gordon,* and oral argument by *Mr. Burnham* and *Mr. J. J. Fruit.*

CASSODAY, C. J. The findings of fact, and the conclusions of law, and the judgment in this case are substantially the same as in the case of *Consolidated Milling Co. v. Fogo, ante,* p. 92; and for the reasons given in that case the decision of this case is in favor of the defendants.

*By the Court.*— The judgment of the circuit court is affirmed.